1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6   HAROLD WALKER,

7              Plaintiff,                      1: 09  CV 00931 YNP GSA (PC)

8         vs.                                  ORDER DISMISSING ACTION

9

10  P. L. VASQUEZ, et al.,

11             Defendants.

12

13

14         Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

15  U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. §

16  636(c)(1).

17         By order filed December 17, 2009, the operative complaint was dismissed for

18  failure to state a claim.  Plaintiff was granted leave to file an amended complaint, and directed to

19  do so within thirty days. On January 5, 2010, the order was re-served on Plaintiff.   Plaintiff has

20  not filed an amended complaint.

21         In the December 17, 2009, order the Court informed Plaintiff of the deficiencies in

22  his complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim

23  upon which relief could be granted.  Because Plaintiff has not filed an amended complaint, the

24  Court dismisses the claims made in the original complaint with prejudice for failure to state a

25  federal claim upon which the court could grant relief.  See Noll v. Carlson, 809 F. 2d 1446, 1448

26

1

(9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, IT IS HEREBY ORDERED that this action is dismissed for failure to state a claim upon which relief can be granted.  The Clerk is directed to close this case.


IT IS SO ORDERED.

Dated:  **February 8, 2010**                      **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE